IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br><br>DHANESH GANESH (01)<br>*Defendant*<br><br>BARTICA HOLDINGS COMPANY<br>*Potential Claimant* | NO. 3:24-CR-019-L |

## NOTICE OF LIS PENDENS

The foregoing judicial forfeiture action, which affects title to real property, has been commenced and is now pending between the parties named in the above-captioned matter, which seeks to forfeit the real property commonly known as 3120 W. Northwest Hwy, Dallas, Texas and 3122 Bachman Dr., Dallas, Texas and legally described as:

    i. Being that tract of land situated in the Dickerson Parker Survey, Abstract No. 1113, City of Dallas Block 5783, Dallas County, Texas, and being part of Lots 3 & 4, Block A of Second Section of Lake Line Park, an addition to the City of Dallas, Dallas County, Texas according to the map thereof recorded in Volume 5, Page 95 of the Map Records of Dallas County, Texas, said tract also being that tract of land described in Special Warranty Deed with Vendor's Lien to Elizabeth I. Perez & Associates, Inc. recorded in Volume 95132, Page 4222 of the Deed Records of Dallas County, Texas, and being more particularly described by metes and bounds as follows:

USA Notice of Lis Pendens – Page 1

ii. Beginning at an "X" cut in concrete found for corner, said corner being the southwest corner of said Lot 4, Block A, said corner also being the southeast corner of Lot 5, Block A, said corner also being in the north right-of-way line of Bachman Drive (50 foot right-of-way);

iii. Thence North 03 degrees 35 minutes 03 seconds East, along the east line of said Lot 5, Block A, a distance of 144.38 feet to an "X" found for corner, said corner being the southwest corner of that tract of land described in General Warranty Deed with Vendor's Lien to Concepcion Alvarez Ornelas recorded in Volume 97249, Page 3992 of the Deed Records of Dallas County, Texas;

iv. Thence North 86 degrees 22 minutes 45 seconds East, along the south line of said Ornelas tract, a distance of 94.10 feet to an "X" cut in concrete found for corner;

v. Thence North 03 degrees 24 minutes 53 seconds East, along the east line of said Ornelas tract, a distance of 158.23 feet to a 5/8 inch iron rod found for corner, said corner being in the south right-of-way line of W. Northwest Highway (100 foot right-of-way);

vi. Thence North 86 degrees 24 minutes 46 seconds East, along the south line of said W. Northwest Highway, a distance of 20.08 feet to a 1/2 inch iron rod found for corner, said corner being the beginning of a non-tangent curve to the left, having a delta of 00 degrees 38

  minutes 39 seconds, a radius of 1,955.30 feet, and a chord bearing and distance of North 85 degrees 44 minutes 47 seconds East, 21.99 feet;

vii. Thence, in a northeasterly direction, along the south right-of-way line of said W. Northwest Highway, along said curve to the left, an arc length of 21.99 feet to a 5/8 inch iron rod found for corner, said corner being the northwest corner of that tract of land described in Warranty Deed to The John Edward Savickas 2011 Revocable Management Trust recorded in Instrument Number 202000080266 of the Official Public Records of Dallas County, Texas;

viii. Thence South 00 degrees 01 minutes 03 seconds West, along the west line of said John Edward Savickas 2011 Revocable Management Trust tract, a distance of 179.57 feet to a PK nail found for corner;

ix. Thence North 74 degrees 25 minutes 40 seconds East, along a south line of said John Edward Savickas 2011 Revocable Management Trust tract, a distance of 114.42 feet to a 5/8 inch iron rod found for corner;

x. Thence South 88 degrees 19 minutes 28 seconds East, along a south line of said John Edward Savickas 2011 Revocable Management Trust tract, a distance of 34.56 feet to a PK nail found for corner, said corner being in the west line of that tract of land described in

      Special Warranty Deed with Vendor's Lien to Phillip Duran recorded in Instrument Number 201100000859 of the Official Public Records of Dallas County, Texas;

xi. Thence South 07 degrees 46 minutes 29 seconds East, along the west line of said Duran tract, a distance of 87.48 feet to a 1/2 inch iron rod found for corner, said corner being in the north right-of-way line of said Bachman Drive;

xii. Thence South 49 degrees 31 minutes 05 seconds West, along the north right-of-way line of said Bachman Drive, a distance of 24.87 feet to an "X" cut in concrete found for corner, said corner being the beginning of a

xiii. non-tangent curve to the right, having a delta of 37 degrees 03 minutes 49 seconds, a radius of 194.07 feet, and a chord bearing and distance of South 67 degrees 42 minutes 37 seconds West, 123.36 feet;

xiv. Thence in a southwesterly direction, along the north right-of-way line of said Bachman Drive, along said curve to the right, an arc length of 125.54 feet to a 5/8 inch iron rod found for corner;

xv. Thence South 86 degrees 20 minutes 00 seconds West, along the north right-of-way line of said Bachman Drive, a distance of 178.18 feet back to the POINT OF BEGINNING and containing 47,325.28 square feet or 1.086 acres of land.

to the United States. The record owner of the real property is Barnett Holdings Company. Notice of this forfeiture action shall bar the foreclosure of any lien or tax deed sale of the referenced property.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Northern District of Texas.

         LEIGHA SIMONTON
         UNITED STATES ATTORNEY


*O.B.O.* Dimitri N. Rocha
Assistant United States Attorney
Florida State Bar No. 693332
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
E-mail: dimitri.rocha@usdoj.gov

STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this day personally appeared Jonathan Penn, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that s/he executed the same for the purposes and considerations expressed and in the capacity stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE January 24, 2024.
Notary Public, State of Texas

*[Signature: Ashley Celeste Jacques]*

ASHLEY CELESTE JACQUES
My Notary ID # 128586706
Expires January 25, 2025

USA Notice of Lis Pendens – Page 5

# Dallas County
## John F. Warren
### Dallas County Clerk

Instrument Number: 202400014792

eRecording - Real Property

Recorded On: January 24, 2024 10:50 AM          Number of Pages: 6

" Examined and Charged as Follows: "

Total Recording: $41.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:** | | **Record and Return To:**
---|---|---
Document Number: | 202400014792 | Simplifile
Receipt Number: | 20240124000291 |
Recorded Date/Time: | January 24, 2024 10:50 AM |
User: | Kevin T |
Station: | CC123.dal.ccdc |



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX